UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARQUES RAYMONE LOTT, F01140,

Petitioner,

v.

JEFF LYNCH,

Respondent.

Case No. 18-cv-07047-CRB (PR)

**ORDER OF DISMISSAL**

This habeas corpus action by a prisoner was filed on November 20, 2018. The court notified petitioner in writing at that time that the action was deficient because petitioner did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, petitioner has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice and the clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: January 7, 2019

_____

CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES RAYMONE LOTT,<br><br>    Plaintiff,<br><br>v.<br><br>JEFF LYNCH,<br><br>    Defendant. | Case No. 3:18-cv-07047-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marques Raymone Lott ID: F01140
CSP Sacramento A-4-24
P.O. Box 290066
Represa, CA 95671

Dated: January 7, 2019

                                        Susan Y. Soong
                                      Clerk, United States District Court

                                      By:_____
                                      Lashanda Scott, Deputy Clerk to the
                                      Honorable CHARLES R. BREYER